1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8

9    DAVID LYN WILLIAMS,                          CASE NO. 1:06-cv-01828-OWW-LJO PC

10                        Plaintiff,              ORDER REQUIRING PLAINTIFF TO FILE
                                                  NEW APPLICATION TO PROCEED IN
11          v.                                    FORMA PAUPERIS OR PAY FILING FEE IN
                                                  FULL WITHIN THIRTY DAYS
12   N. GRANNIS, et al.,
                                                  (Doc. 2)
13                        Defendants.

14   _____/

15          Plaintiff David Lyn Williams ("plaintiff") is a state prisoner proceeding pro se in this civil

16   rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the complaint in this action on December

17   14, 2006, together with an application to proceed in forma pauperis.  The form application submitted

18   by plaintiff is not sufficient in that it does not state plaintiff's average account balance for the

19   preceding six months or plaintiff's average monthly deposits for the preceding six months.  In

20   addition, the copy of plaintiff's trust account statement was not certified.  The court will direct the

21   Clerk's Office to send plaintiff the form application used by this court.  Plaintiff has thirty days

22   within which to pay the $350.00 filing fee in full or file a completed application to proceed in forma

23   pauperis along with a certified copy of his trust account statement.  The failure to comply with this

24   order will result in a recommendation that this action be dismissed.

25          Based on the foregoing, it is HEREBY ORDERED that:

26          1.      The Clerk's Office shall send plaintiff an application to proceed in forma pauperis

27                  by a prisoner;

28   ///

1

1    2.    Within **thirty (30) days** from the date of service of this order, plaintiff shall pay the

2          $350.00 filing fee in full or file a completed application to proceed in forma pauperis

3          along with a certified copy of his trust account statement; and

4    3.    The failure to comply with this order will result in a recommendation that this action

5          be dismissed.

6

7    IT IS SO ORDERED.

8    **Dated:    January 12, 2007**                    **/s/ Lawrence J. O'Neill**
     i0d3h8                                             UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28