# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LYN WILLIAMS, | CASE NO. 1:06-cv-01828-OWW-LJO PC |
| Plaintiff, | ORDER STRIKING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT FROM THE RECORD AS PREMATURE |
| v. | |
| N. GRANNIS, et al., | (Doc. 6) |
| Defendants. | |

Plaintiff David Lyn Williams ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on December 14, 2006. On January 8, 2007, plaintiff filed a motion for summary judgment.

Summary judgment is appropriate when it is demonstrated that there exists no genuine issue as to any material fact, and that the moving party is entitled to judgment as a matter of law. Fed. R. Civ. P. 56(c). In this instance, plaintiff filed this action approximately one month ago. Defendants have not yet been served with the summons and complaint. Under no circumstance may plaintiff move for judgment as a matter of law on his claims when the named defendants have not yet been served. Further, plaintiff's motion is fatally procedurally deficient, as it makes no showing that plaintiff is entitled to judgment on his claims. Fed. R. Civ. P. 56; Local Rule 56-260(a).

///
///
///
///

1  Plaintiff's motion for summary judgment is premature and is HEREBY STRICKEN from
2  the record on that ground.
3
4  IT IS SO ORDERED.
5  **Dated:   January 12, 2007**              /s/ Lawrence J. O'Neill
   b9ed48                              UNITED STATES MAGISTRATE JUDGE