# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LYN WILLIAMS, | CASE NO. 1:06-cv-01828-OWW-LJO PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO LODGE EVIDENCE WITH THE COURT AND FOR JUDICIAL NOTICE |
| v. | |
| N. GRANNIS, et al., | (Doc. 11) |
| Defendants. | ORDER DIRECTING CLERK'S OFFICE TO RETURN TO PLAINTIFF THE DOCUMENTS RECEIVED ON JANUARY 16, 2007 |

Plaintiff David Lyn Williams ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On January 8, 2007, plaintiff sent the court a stack of documents together with a motion seeking leave to lodge the documents with the court and for judicial notice. (Doc. 7.) The court issued an order on January 12, 2007, denying plaintiff's motion for leave to lodge documents and for judicial notice, and directed the Clerk's Office to return the documents to plaintiff.[1] (Doc. 10.) On January 16, 2007, plaintiff filed another motion seeking leave to lodge documents and for judicial notice, accompanied by various documents. (Doc. 11.)

As discussed in further detail in the court's order of January 12, 2007, the court cannot and will not store plaintiff's evidence. Plaintiff should not submit any evidence to the court until there is a specific proceeding before the court requiring the submission of evidence (e.g., a motion for summary judgment or a motion to dismiss for failure to exhaust). There is no such motion or other

---

[1] The order was filed and docketed on January 16, 2007.

1

1 proceeding before the court at this time.  Further, it is inappropriate for plaintiff to seek judicial
2 notice of his documentary evidence, as the documents do not constitute facts appropriate for judicial
3 notice and any request for judicial notice at this juncture in the proceedings is premature in any
4 event.  The court will not take judicial notice of facts unless the request is made in conjunction with
5 a timely pre-trial motion or trial.

      Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion for leave to lodge documents with the court is DENIED;
2. Plaintiff's motion for judicial notice is DENIED; and
3. The Clerk's Office shall send back to plaintiff the evidence received on January 16, 2007.

IT IS SO ORDERED.

**Dated:   January 23, 2007**              **/s/ Lawrence J. O'Neill**
b9ed48                                                    UNITED STATES MAGISTRATE JUDGE