# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LYN WILLIAMS,<br><br>        Plaintiff,<br><br>    v.<br><br>N. GRANNIS, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:06-cv-01828-LJO-NEW (DLB) PC<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING PLAINTIFF'S MOTIONS FOR PRELIMINARY INJUNCTIVE RELIEF BE DENIED<br><br>(Docs. 18 and 19) |

Plaintiff David Lyn Williams ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 16, 2007, and March 30, 2007, plaintiff filed motions seeking preliminary injunctive relief.

The purpose of a preliminary injunction is to preserve the status quo if the balance of equities so heavily favors the moving party that justice requires the court to intervene to secure the positions until the merits of the action are ultimately determined. University of Texas v. Camenisch, 451 U.S. 390, 395 (1981). A preliminary injunction is available to a plaintiff who "demonstrates either (1) a combination of probable success and the possibility of irreparable harm, or (2) that serious questions are raised and the balance of hardship tips in its favor." Arcamuzi v. Continental Air Lines, Inc., 819 F. 2d 935, 937 (9th Cir. 1987). Under either approach the plaintiff "must demonstrate a significant threat of irreparable injury." Id. Also, an injunction should not issue if the plaintiff "shows no chance of success on the merits." Id. At a bare minimum, the plaintiff "must demonstrate a fair chance of success of the merits, or questions serious enough to require litigation." Id.

1 Federal courts are courts of limited jurisdiction, and as a preliminary matter, the court must
2 have before it an actual case or controversy. City of Los Angeles v. Lyons, 461 U.S. 95, 102, 103
3 S.Ct. 1660, 1665 (1983); Valley Forge Christian Coll. v. Ams. United for Separation of Church and
4 State, Inc., 454 U.S. 464, 471, 102 S.Ct. 752, 757-58 (1982); Jones v. City of Los Angeles, 444 F.3d
5 1118, 1126 (9th Cir. 2006). If the court does not have an actual case or controversy before it, it has
6 no power to hear the matter in question. Id.

7 In this instance, in an order issued concurrently with this Findings and Recommendations,
8 plaintiff's complaint was dismissed, with leave to amend, for failure to comply with Federal Rule
9 of Civil Procedure 8(a). Thus, at this juncture there is not yet an actual case or controversy before
10 the court. Further, in the event that plaintiff is able to amend and state a claim, the court will not
11 have jurisdiction over defendants until they have been served with process and made an appearance
12 in this action. "A federal court may issue an injunction if it has personal jurisdiction over the parties
13 and subject matter jurisdiction over the claim; *it may not attempt to determine the rights of persons*
14 *not before the court*." Zepeda v. United States Immigration Service, 753 F.2d 719, 727 (9th Cir.
15 1985) (emphasis added). Any request for preliminary injunctive relief prior to the appearance of
16 defendants in this action is premature, as the court lacks jurisdiction to issue any order directed at
17 defendants.

18 Therefore, the court HEREBY RECOMMENDS that plaintiff's motions for preliminary
19 injunctive relief, filed March 16, 2007, and March 30, 2007, be DENIED.

20 These Findings and Recommendations will be submitted to the United States District Judge
21 assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within **thirty (30)**
22 **days** after being served with these Findings and Recommendations, plaintiff may file written
23 objections with the court. The document should be captioned "Objections to Magistrate Judge's
24 Findings and Recommendations." Plaintiff is advised that failure to file objections within the
25 ///
26 ///
27 ///
28 ///

specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   **April 11, 2007**                              **/s/ Dennis L. Beck**
                                                                   UNITED STATES MAGISTRATE JUDGE