# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LYN WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>N. GRANNIS, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:06-cv-01828-LJO-NEW (DLB) PC<br><br>ORDER STRIKING MOTION<br><br>(Doc. 4) |

Plaintiff David Lyn Williams ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On January 3, 2007, plaintiff filed a notice of consent to Magistrate Judge jurisdiction, and a separate motion seeking the "exercise of dispositive jurisdiction" by the Magistrate Judge. (Docs. 4, 5.)

Plaintiff's notice of consent is all that is required. In the event that defendants consent, this case will be reassigned to a Magistrate Judge. Plaintiff's separately filed motion is not a recognized motion and does not lend itself to being granted or denied by the court, as all parties must consent for a case to be reassigned. Accordingly, plaintiff's motion seeking the "exercise of dispositive jurisdiction" by the Magistrate Judge is HEREBY ORDERED STRICKEN from the record as unnecessary.

IT IS SO ORDERED.

Dated:   April 11, 2007         /s/ Dennis L. Beck
                                          UNITED STATES MAGISTRATE JUDGE